O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANDRIA GRABLE, an            )   Case No. CV 11-10553 DDP (Ex)
individual,                  )
                             )
              Plaintiff,     )
                             )   **ORDER GRANTING DEFENDANT'S MOTION**
       v.                    )   **TO DISMISS**
                             )
WACHOVIA MORTGAGE            )
CORPORATION, MORTGAGE        )
ELECTRONIC SYSTEMS aka       )
"MERS",                      )
                             )   [Dkt. Nos. 13, 14]
              Defendants.    )
_____ )

    Presently before the court is Defendant's Motion to Dismiss.
Because Plaintiff has not filed an opposition, the court GRANTS the
motion.

    Central District of California Local Rule 7-9 requires an
opposing party to file an opposition to any motion at least twenty-
one (21) days prior to the date designated for hearing the motion.
C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that
"[t]he failure to file any required document, or the failure to
file it within the deadline, may be deemed consent to the granting
or denial of the motion."  C.D. CAL. L.R. 7-12.

1    The hearing on Defendant's motion was originally set for March

2  19, 2012.   On March 15, however, the court granted Plaintiff's

3  counsel's motion to withdraw.  (See Order at Dkt. No. 17.)   To

4  allow Plaintiff time to file an opposition, the court continued the

5  motion to May 7, 2012 and ordered that any opposition be filed by

6  April 16, 2012.   Plaintiff did not file an opposition, or any other

7  filing that could be construed as a request for a continuance.

8  Accordingly, the court deems Plaintiff's failure to oppose as

9  consent to granting the motion to dismiss, and GRANTS the motion.

10  Defendant's Motion to Strike (Dkt. No. 14) is VACATED as moot.

11

12

13  IT IS SO ORDERED.

14

15

16  Dated: October 24, 2012

17                                    DEAN D. PREGERSON
                                      United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2