O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRIA GRABLE, an individual, | ) ) ) | Case No. CV 11-10553 DDP (Ex) |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| WACHOVIA MORTGAGE CORPORATION, MORTGAGE ELECTRONIC SYSTEMS aka "MERS", | ) ) ) ) ) | |
| Defendants. | ) ) ) | [Dkt. Nos. 13, 14] |
| _____ | ) | |

    Presently before the court is Defendant's Motion to Dismiss. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. CAL. L.R. 7-12.

The hearing on Defendant's motion was originally set for March 19, 2012.  On March 15, however, the court granted Plaintiff's counsel's motion to withdraw.  (See Order at Dkt. No. 17.)  To allow Plaintiff time to file an opposition, the court continued the motion to May 7, 2012 and ordered that any opposition be filed by April 16, 2012.  Plaintiff did not file an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion. Defendant's Motion to Strike (Dkt. No. 14) is VACATED as moot.

IT IS SO ORDERED.

Dated: October 24, 2012

DEAN D. PREGERSON
United States District Judge